IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03274-DDD-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     $57,910.00 IN UNITED STATES CURRENCY,
2.     3 ASSORTED FIREARMS,

      Defendants.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the *United States' Unopposed Motion for Final Order of Forfeiture*. The Court having reviewed said Motion FINDS that:

1.     The United States commenced this civil forfeiture action pursuant to 21 U.S.C. § 881. (Doc. 1);

2.     The facts and verifications as set forth in the *Verified Complaint for Forfeiture in Rem* provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the following defendant assets:

     a.  $52,910.00 of $57,910.00 in United States currency, and

     b.  3 Assorted Firearms

3.     All known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Docs. 4 and 20);

1

4.      The United States and the only claimant, Adam Zuniga, entered into a settlement agreement resolving all issues in dispute as to defendant $57,910.00 in United States currency and defendant 3 Assorted Firearms. The settlement agreement provides that:

      a.      Claimant Adam Zuniga agreed to the forfeiture of $52,910.00 of defendant $57,910.00 in United States currency and defendant 3 Assorted Firearms to the United States,

      b.      Reasonable cause exists for entry of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and

      c.      The parties to the settlement agreement waive any claim to costs and attorney's fees under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1;

5.      No other claims have been filed as to defendant $57,910.00 in United States currency and defendant 3 Assorted Firearms, and the deadline for any interested party to file a claim has elapsed.

IT IS THEREFORE ORDERED that:

The *United States' Unopposed Motion for Final Order of Forfeiture* is GRANTED;

The United States shall have full and legal title to the following assets and may dispose of the assets in accordance with law and in accordance with the terms and provisions of the parties' settlement agreement:

      a.   $52,910.00 of $57,910.00 in United States currency

      b.   3 Assorted Firearms

The Clerk of the Court is directed to enter Final Judgment; and

A Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant assets pursuant to 28 U.S.C. § 2465.

Dated: December 1, 2020.      BY THE COURT:

Daniel D. Domenico
United States District Judge